Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Thomas J. Hanlon
Assistant United States Attorney
402 East Yakima Ave, Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 11 2023

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:23-CR-2057-SAB |
| Plaintiff, | INDICTMENT |
| v. | Vio.: 18 U.S.C. §§ 1153 and 113(a)(3) Assault With a Dangerous Weapon (Count 1) |
| CALVIN JACE MOORE, | |
| Defendant. | 18 U.S.C. § 924(c)(1)(A)(i), (ii) Brandishing of a Firearm During a Crime of Violence (Count 2) |
| | 18 U.S.C. §§ 922(g)(1), 924(a)(8) Felon in Possession of a Firearm (Count 3) |
| | 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c) Forfeiture Allegations |

The Grand Jury charges:

INDICTMENT – 1

## COUNT 1

On or about July 13, 2023, in the Eastern District of Washington, within the exterior boundaries of the Yakama Nation, in Indian Country, the Defendant, CALVIN JACE MOORE, an Indian, did knowingly assault R.T., with a dangerous weapon, that is, a firearm, with intent to do bodily harm; in violation of 18 U.S.C. §§ 1153 and 113(a)(3).

## COUNT 2

On or about July 13, 2023, in the Eastern District of Washington, the Defendant, CALVIN JACE MOORE, during an in relation to a crime of violence, for which he may be prosecuted in a court of the United States, to wit: Assault with a Dangerous Weapon, in violation of 18 U.S.C. §§ 1153 and 113(a)(3), as alleged in Count 1 of this Indictment, did knowingly use, carry, brandish, and possess in furtherance of the Assault with a Dangerous Weapon, a firearm, all in violation of 18 U.S.C. § 924(c)(1)(A)(i), (ii).

## COUNT 3

On or about July 13, 2023, in the Eastern District of Washington, the Defendant, CALVIN JACE MOORE, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and intentionally possess in and affecting commerce, a firearm, to wit: a Charter Arms, Model Undercover, .38 caliber revolver, bearing serial number 55814, which firearm had theretofore been transported in interstate and foreign commerce, all in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(l) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. § 924(c)(1)(A)(i), (ii), Brandishing of a Firearm

INDICTMENT – 2

During a Crime of Violence, as set forth in Count 2 of this Indictment; and/or 18 U.S.C. §§ 922(g)(1), 924 (a)(8), Felon in Possession of a Firearm, as set forth in Count 3 of this Indictment, Defendant, CALVIN JACE MOORE, shall forfeit to the United States of America any firearm and ammunition involved or used in the commission of the offense(s). The property to be forfeited includes, but is not limited to:

- a Charter Arms, Model Undercover, .38 caliber revolver, bearing serial number 55814.

DATED: this 11 day of October, 2023.

A TRUE BILL

███████████████████

Foreperson

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*[signature]*
Thomas J. Hanlon
Assistant United States Attorney

INDICTMENT – 3